UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

LAWRENCE FOWLER,

                          Plaintiff,

           -against-

THE CITY OF NEW YORK, ROBERT T.
JOHNSON, District Attorney, Bronx County, and
the STATE OF NEW YORK, ELIOT SPITZER,
Governor,

                          Defendants.

**NOTICE OF MOTION**

07 CV 10274 (JSR)

(filed by ECF)

------------------------------------------------------------------------x

       **PLEASE TAKE NOTICE** that the undersigned will move this Court, before the Honorable Jed S. Rakoff, United States District Judge, at the United States Courthouse for the Southern District of New York located at 500 Pearl Street, New York, New York 10007, on June 19, 2008, at 4:00 p.m., as designated by the Court in the Civil Case Management Plan that was "So Ordered" on January 16, 2008, for an order pursuant to Rule 56 of the Federal Rules of Civil Procedure dismissing this action with prejudice in all respects, together with such other relief as this Court deems just and proper. The grounds for this motion are that plaintiff cannot satisfy the standard set forth in <u>Monell v. Department of Social Servs.</u>, 436 U.S. 658 (1978), to pursue a claim for relief against defendant City of New York.

       **PLEASE TAKE FURTHER NOTICE** that moving papers will be served on or before May 20, 2008.

       **PLEASE TAKE FURTHER NOTICE** that opposition papers, if any, must be served on or before June 5, 2008.

**PLEASE TAKE FURTHER NOTICE** that reply papers will be served on or before June 12, 2008.

Dated:   New York, New York
         May 9, 2008

                                        MICHAEL A. CARDOZO
                                        Corporation Counsel of the City of New York
                                        Attorney for Defendant City of New York
                                        100 Church Street
                                        New York, New York 10007
                                        (212) 227-4071


By:   _____/S/_____
       SUSAN P. SCHARFSTEIN


To:   Pamela D. Hayes, Esq.
      Attorney at Law
      200 West 57th Street, Suite 900
      New York, NY 10019

Index No. 07 CV 10274 (JSR)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAWRENCE FOWLER,

                            Plaintiff,

-against-

THE CITY OF NEW YORK, ROBERT T. JOHNSON, District Attorney, Bronx County, and the STATE OF NEW YORK, ELIOT SPITZER, Governor,

                            Defendants.

**NOTICE OF MOTION**

*MICHAEL A. CARDOZO*
*Corporation Counsel of the City of New York*
Attorney for Defendant City of New York
100 Church Street
New York, N.Y. 10007

*Of Counsel: Susan P. Scharfstein (SS 2476)*
*Tel: (212) 227-4071*
*NYCLIS No.:*

*Due and timely service is hereby admitted.*

*New York, N.Y. ................................................................, 200 . . .*

*................................................................................... Esq.*

*Attorney for...................................................................*