# CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that true and correct copies of **Plaintiff's Statement in Opposition to Defendant's Statement of Undisputed Facts Pursuant to Local Civil Rule 56.1, Affidavit of Pamela D. Hayes, Declaration of Pamela D. Hayes, and Plaintiff's Brief in Opposition to Defendant's Memorandum of Law for Summary Judgment**, were filed today, by ECF, with the Clerk of the Court, which will automatically send notification to Susan P. Scharfstein, Esq., Assistant Corporation Counsel, City of New York Law Department, 100 Church Street, New York, New York 10007, Attorney for Defendant, **and** hard copies are also being mailed, by First Class Mail.

_____
PAMELA D. HAYES, ESQ.

Dated:  New York, New York
         June 11, 2008